# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TAN Investments, Inc.,                      Case Number 23-cv-00400-KMM-LIB

         Plaintiff,

v.

American Family Mutual Insurance Company,

         Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff and Defendant hereby stipulate to dismiss the above-captioned action with prejudice and on the merits, with each party to bear its own attorney fees and costs.

|  |  |
|---|---|
|  | **CHESTNUT CAMBRONNE PA** |
| February 20, 2025 | /s/ Andrew C. Case |
|  | Francis J. Rondoni (#121903) |
|  | Jennifer J. Crancer (#0396959) |
|  | Andrew C. Case (#0401183) |
|  | 100 Washington Avenue South, Suite 1700 |
|  | Minneapolis, MN 55401-2138 |
|  | Telephone: 612-339-7300 |
|  | frondoni@chestnutcambronne.com |
|  | jcrancer@chestnutcambronne.com |
|  | acase@chestnutcambronne.com |
|  | *Attorneys for Plaintiff* |
|  | **ZELLE LLP** |
| February 19, 2025 | /s/ Dennis Anderson |
|  | Dennis Anderson (#0396147) |
|  | 500 Washington Ave. S., Suite 4000 |
|  | Minneapolis, MN 55415 |
|  | 612-339-2020 |
|  | danderson@zellelaw.com |
|  | *Attorney for Defendant* |

4902-8087-5805.v1